Frank Woodson
Navan Ward
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-6080 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Kathleen Bernard, et al.,<br><br>　　　　　　　　　Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>　　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs Kathleen E. Bernard (OH), Norma Black (IN), Martha Darene Brannon (TX), Kenneth Britton (IN), Raymond V. Coggins (WY), Wayne E. Hamilton (OK), and Orene Harris (AL) in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42621602.1

| | | |
|---|---|---|
| 1 | DATED: 12.8, 2009 | By: /s/ Navan Ward Jr. |
| 2 | | |
| 3 | | BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C. |
| 4 | | 218 Commerce Street<br>P.O. Box 4160 |
| 5 | | Montgomery, Alabama 36103<br>Telephone: 334-269-2343<br>Facsimile: 334-954-7555 |
| 6 | | |
| 7 | | *Attorneys for Plaintiffs* |
| 8 | DATED: Dec. 9, 2009 | By: /s/ |
| 9 | | |
| 10 | | **DLA PIPER LLP (US)**<br>1251 Avenue of the Americas |
| 11 | | New York, New York 10020<br>Telephone: 212-335-4500 |
| 12 | | Facsimile: 212-335-4501 |
| 13 | | *Defendants' Liaison Counsel* |

PURSUANT TO THE TERMS ~~SET FORTH~~ IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: DEC 1 6 2009

Hon. Charles R. Breyer
United States District Court