1  Ted G. Meadows
   Navan Ward, Jr.
2  Gerald B. Taylor, Jr.
   Andy D. Birchfield, Jr.
3  **BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.**
4  234 Commerce Street
   P.O. Box 4160
5  Montgomery, Alabama 36103
   Telephone: 334-269-2343
6  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
7

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12 | IN RE: BEXTRA AND CELEBREX         | **MDL NO. 1699**
   | MARKETING SALES PRACTICES AND      | **District Judge: Charles R. Breyer**
13 | PRODUCT LIABILITY LITIGATION       |

14 | This Document Relates To:          |

15 | *Ruth M. Dickman v. G.D. Searle, et al.* | **STIPULATION AND ORDER OF
   | (05-4783 CRB)                      | DISMISSAL WITH PREJUDICE**
16

17 | *Donald H. Fugate v. G.D. Searle, et al..*
   | (05-4783 CRB)

18 | *Gary Estes v. Pfizer Inc., et al.*
   | (06-2432 CRB)
19

20 | *Joeann Hill v. Pfizer Inc., et al.*
   | (06-2432 CRB)

21 | *Claude Gibasiewicz v. Pfizer, Inc., et al.*
   | (06-6081 CRB)
22

23 | *Jerry W. Whitaker v. Pfizer, Inc., et al.*
   | (07-2530 CRB)

24 | *Jacque Wolfe v. Pfizer, Inc., et al.*
   | (05-4782 CRB)
25

26 | *Joyce Jones v. Pfizer, Inc., et al.*
   | (06-0087 CRB)

27

28

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1<br>2 | *Patti Stevens-Rucker, Beneficiary of the Estate of Erma J. Fuller, Deceased. v. Pfizer, Inc., et al.*<br>(05-4783 CRB) |
| 3<br>4 | *Robin Slaton, Beneficiary of the Estate of Lena R. Slaton, Deceased v. Pfizer, Inc., et al.*<br>(05-4783 CRB) |
| 5<br>6<br>7 | *Ted Kiper, Individually and as the Personal Representative of the Estate of Rebecca D. Kiper v. Pfizer, Inc., et al.*<br>(06-6080 CRB) |
| 8 | *Jack L. King v. Pfizer, Inc., et al.*<br>(06-6081 CRB) |
| 9<br>10<br>11 | *Roy Lee Tessneer, Individually and as the Personal Representative of the Estate of Barbara Tessneer v. Pfizer, Inc., et al.*<br>(07-1354 CRB) |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 12/15, 2010     By: /s/ Navan Ward

Navan Ward, Jr.
**BEASLEY, ALLEN, CROW, METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: 12/16, 2010    By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: DEC 2 2 2010

Hon. Charles R. Breyer
United States District Court

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**